IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Urania Ventura | : | |
|---|---|---|
| Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| National Xpress Logistics | : | No.: 17-05389 |
| Defendant | : | |

FILED
MAR - 8 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Urania Ventura, by and through her undersigned attorney, hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(b).

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: s/Graham F. Baird
**GRAHAM F. BAIRD, ESQUIRE**
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102

Attorney for Plaintiff, Urania Ventura

Date: 2/28/2018

So Approved:

Jan E. DuBois
DuBois, Jan E., J.

Date: 3/5/18